UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60742-CIV-COHN

YALE GALANTER, P.A. and YALE GALANTER,

Magistrate Judge Snow

　　　　Plaintiffs,

vs.

CHARLES E. JOHNSON, JR.,

　　　　Defendant.
_____/

**ORDER GRANTING MOTION TO AMEND**
**ORDER GRANTING IN PART RENEWED MOTION FOR CONTINUANCE**
**ORDER RESETTING TRIAL AND PRETRIAL DEADLINES**

THIS CAUSE is before the Court upon Plaintiffs' Motion to Amend Complaint to Add Necessary and Indispensable Parties [DE 28] and Defendant's Renewed Motion for Continuance and Motion to Set Aside Deposition of Defendant [DE 26].  The Court has carefully considered the motions and is otherwise fully advised in the premises.

On May 2, 2006, Attorney Yale Galanter and his professional association ("Plaintiffs"), filed this action for breach of contract, unjust enrichment, open account, tortious interference with business relationship, defamation and libel, against Charles E. Johnson, Jr. ("Defendant"), as a result of unpaid legal fees allegedly owed by Defendant to Plaintiffs in the amount of $769,321.65, plus interest.  On June 16, 2006, Defendant filed an Answer in this case to the removed Complaint.  On July 10, 2006, this Court denied Plaintiff's Motion to Remand [DE 11].   On September 21, 2006, this Court denied Plaintiffs' motion for relief from that Order [DE 24].

In that September 21, 2006 Order, the Court addressed  Defendant's motion for a continuance due to his upcoming criminal trial in the United States District Court for

the Eastern District of Virginia.  U.S. v. Benyo, et. al, Case No. 1:05cr12.  Defendant attached to his motion a scheduling order from that case indicating that his trial is scheduled to commence October 11, 2006.   Defendant asserted that his counsel in the criminal action has advised him not to testify in this civil proceeding until his criminal action is completed.  The Court granted the motion over Plaintiffs' opposition.  The Court set a contingent trial date, depending upon whether Defendant's criminal case was resolved by January 24, 2007.  The Court also directed Defendant to file a status report in this case within five business days of completion of his criminal trial, including whether that trial is resolved by way of a guilty plea.  After this Order was entered, but likely before Defendant received the Order, Defendant renewed his motion for a continuance and to set aside his deposition.

On November 28, 2006, Plaintiffs filed a Notice to Court of Defendant's Non-Compliance with this Court's directive to Defendant to notify this Court when his criminal trial was completed [DE 27].  Plaintiff reports that the criminal trial that began on October 11, 2006, ended in a mistrial on November 9, 2006.  Upon receiving this notice, however, the Court did not consider the mistrial to resolve the criminal case.  Upon researching Defendant Johnson's criminal case, it appears that on January 3, 2007, the District Court in Virginia reset his trial for August 6, 2007.  U.S. v. Benyo, et. al, Case No. 1:05cr12, minutes from 1/03/07 (no docket entry on PACER).

In the meantime, Plaintiffs have moved to amend their complaint to add several insurance companies that were paying Plaintiffs to represent Defendant pursuant to Defendant's Directors and Officers Liability Coverage.  No opposition to that motion has been filed.  The Court will grant that motion.

2

Due to the amendment and the delay in the resolution of Defendant's criminal trial, the Court will *sua sponte* reset the trial and pretrial deadlines in this case. In doing so, the Court's intent is to have discovery proceed as to all parties except for Defendant Johnson, at least until his criminal trial is resolved. Defendant Johnson shall continue to be served with all filings and discovery responses from the newly added Defendants.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion to Amend Complaint to Add Necessary and Indispensable Parties [DE 28] is hereby **GRANTED**;

2. Within five business days from today, Plaintiffs shall separately file the First Amended Complaint as a separate docket entry;

3. Defendant's Renewed Motion for Continuance and Motion to Set Aside Deposition of Defendant [DE 26] is hereby **GRANTED in part**;

4. The following pretrial deadlines shall now apply to this case:

   | | |
   |---|---|
   | Discovery cutoff | September 21, 2007 |
   | Dispositive pretrial motions and Motions to Exclude or Limit Expert Testimony | October 5, 2007 |
   | Mediation Deadline | October 1, 2007 |
   | Motions in limine | November 9, 2007 |
   | Responses to Motions in limine and Joint Pretrial Stipulation | November 21, 2007 |
   | Proposed Voir Dire questions | Calendar Call |

5. The trial in this case is continued until the two-week period commencing

3

December 3, 2007, with the Calendar Call continued until Thursday, November 29, 2007 at 1:30pm.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of February, 2007.

JAMES I. COHN
United States District Judge

copies to:

Magistrate Judge Snow
Ileen J. Cantor, Esq.
Charles E. Johnson, Jr., pro se