UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60742-CIV-COHN/SNOW

YALE L. GALANTER, P.A., et al.,

    Plaintiffs,

vs.

CHARLES E. JOHNSON, JR., et al.,

    Defendants.
_____/

### O R D E R

THIS CAUSE is before the Court on counsel Susan Sullivan's Motion to Appear *Pro Hace Vice* (DE 50). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Susan Sullivan, Esquire, is hereby permitted to enter a limited appearance for purposes of representing defendant Lloyd's in this cause; Richard Douglas, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 14th day of May, 2007.

                                                                                            */s/ Lurana S. Snow*
                                                                               LURANA S. SNOW
                                                             UNITED STATES MAGISTRATE JUDGE

Copies to:

Ileen Cantor, Esq. (Ps)
Charles Johnson, Jr., *pro se* (D)
Mark Shapiro, Esq. (D-North American & National Union)
Steven Brodie, Esq. (D-North American)
Richard Douglas, Esq. (D-Lloyd's and Local Counsel for Sullivan)
Susan Sullivan , Esq. (D-Lloys's)

Ms. Catherine Wade (MIA)
   Executive Service Administrator